Erin Gettel, Esq.
NV Bar No. 13877
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200
egettel@swlaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　V<br><br>Madrigal-Anguiano, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cr-00032-GMN-BNW<br><br>**First Stipulation to Continue Sentencing Hearing (ECF No. 39)** |

The government and Agustin Jimenez jointly request that this Court vacate the sentencing hearing currently scheduled for March 1, 2023, at 11:00 a.m. and continue it for at least 90 days because:

1.　Defense counsel needs additional time to prepare for sentencing.

2.　Mr. Jimenez is not in custody and agrees to the continuance.

3.　The parties agree to the continuance.

DATED: January 11, 2022.

　　*/s/ Erin Gettel*
By_____
Erin Gettel
*Attorney for Agustin Jimenez*

Jason Frierson
United States Attorney

　　*/s/ Joshua Brister*
By_____
Joshua Brister
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Madrigal-Anguiano, et al.,<br><br>        Defendants. | Case No. 2:22-cr-00032-GMN-BNW<br><br>**Order Granting First Stipulation to Continue Sentencing Hearing**<br>**(ECF No. 39)** |

   Based on the stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing for 90 days.  IT IS THEREFORE ORDERED that the sentencing hearing currently set for March 1, 2023, at 11:00 a.m. is vacated and continued to __May 31__, 2023, at 10:00 a.m.

   DATED: January _12_, 2023.

_____
Gloria M. Navarro
United States District Judge

4877-7290-8616.1

2