Erin Gettel
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200
egettel@swlaw.com

*Attorney for Agustin Jimenez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:22-cr-00032-GMN-BNW |
| Plaintiff, | **Second Stipulation to Continue Sentencing Hearing (ECF No. 43)** |
| v. | |
| Madrigal-Anguiano, et al., | |
| Defendants. | |

The government and Agustin Jimenez jointly request that this Court vacate the sentencing hearing currently scheduled for May 31, 2023, at 10:00 a.m. and continue it for at least 60 days because:

1. Defense counsel needs additional time to prepare for sentencing and will be out of the district during the currently scheduled date and time.

2. Mr. Jimenez is not in custody and agrees to the continuance.

3. The parties agree to the continuance.

DATED: March 29, 2023.

| | |
|---|---|
| | Jason Frierson<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____ | */s/ Joshua Brister*<br>By_____ |
| Erin Gettel<br>Attorney for Agustin Jimenez | Joshua Brister<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Madrigal-Anguiano, et al.,<br><br>        Defendants. | Case No. 2:22-cr-00032-GMN-BNW<br><br>**Order Granting Second Stipulation to Continue Sentencing Hearing**<br>**(ECF No. 43)** |

    Based on the stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing for at least 60 days. IT IS THEREFORE ORDERED that the sentencing hearing currently set for May 31, 2023, at 10:00 a.m., is vacated and continued to __August 9__, 2023 at 10:00 a.m.

    DATED: __March 30__, 2023.

_____
Gloria M. Navarro
United States District Judge

4868-1498-8378.1

3